UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LG ELECTRONICS, INC. and<br>LG ELECTRONICS U.S.A., INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>WI-LAN USA, INC. and WI-LAN INC.,<br><br>　　　　　　Defendants. | Case No. 1:13-cv-02237-RA |

## NOTICE OF APPEAL

        Richard A. Edlin (edlinr@gtlaw.com)
        GREENBERG TRAURIG, LLP
        200 Park Avenue
        New York, New York 10166
        (212) 801-6528 (*telephone*)
        (212) 801-5528 (*facsimile*)

        Richard D. Harris (admitted *pro hac vice*)
        James J. Lukas, Jr. (admitted *pro hac vice*)
        Eric J. Maiers
        Mathew J. Levinstein
        GREENBERG TRAURIG, LLP
        77 West Wacker Drive, Suite 3100
        Chicago, Illinois 60601
        (312) 456-8400 (*telephone*)
        harrisr@gtlaw.com
        lukasj@gtlaw.com
        maierse@gtlaw.com
        levinsteinm@gtlaw.com

        *Attorneys for Plaintiffs LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

Plaintiffs LG Electronics, Inc. and LG Electronics U.S.A., Inc., by their undersigned counsel, give notice of their appeal to the United States Court of Appeals for the Second Circuit from (1) this Court's July 21, 2014, Opinion and Order (Dkt. No. 50) and (2) this Court's July 21, 2014, Judgment (Dkt. No. 51).

Dated: August 20, 2014                              Respectfully submitted,

**GREENBERG TRAURIG, LLP.**

*/s/ James J. Lukas, Jr.*
Richard A. Edlin (edlinr@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-6528 (*telephone*)
(212) 801-5528 (*facsimile*)
edlinr@gtlaw.com
donoianj@gtlaw.com

Richard D. Harris (admitted *pro hac vice*)
James J. Lukas, Jr. (admitted *pro hac vice*)
Eric J. Maiers
Mathew J. Levinstein
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400 (*telephone*)
harrisr@gtlaw.com
lukasj@gtlaw.com
maierse@gtlaw.com
levinsteinm@gtlaw.com

*Attorneys for Plaintiffs LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on August 20, 2014, a true and correct copy of the foregoing was filed and served with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        */s/ James J. Lukas, Jr.*
                                        James J. Lukas, Jr.